Case 5:13-cv-00729-AKK   Document 38   Filed 04/13/15   Page 1 of 2



# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **DEIDRA MONET BLANCHARD** et al., ) ) ) Plaintiffs, ) ) v. ) ) **UNITED STATES OF AMERICA** et al., ) ) Defendants. | Case No. **5:13-cv-00729-JEO** |

## ORDER

On March 6, 2015, the magistrate judge entered a corrected report and recommendation, doc. 36, regarding the defendants' motion to dismiss or, in the alternative, motion for summary judgment, doc. 9, the plaintiffs' motions for joinder of additional parties, docs. 22, 27, 33, and 34, and the plaintiffs' motion to begin discovery, doc. 31, and the parties were allowed fourteen (14) days in which to file objections to the recommendations made by the magistrate judge. Neither party objected.

Having reviewed the complaint, the motions, the briefs, and the magistrate's

report and recommendation, the court hereby **ADOPTS** the report of the magistrate judge. The court further **ACCEPTS** the recommendation of the magistrate judge that the defendants' motion to dismiss or, in the alternative, motion for summary judgment, doc. 9, be **GRANTED** and the plaintiffs' motion for joinder of additional parties, docs. 22, 27, 33, and 34, and for leave to begin discovery, doc. 31, be **DENIED**. This matter is **DISMISSED WITH PREJUDICE**.

      **DONE** this 13th day of April, 2015.

                                                  **ABDUL K. KALLON**
                                        UNITED STATES DISTRICT JUDGE